Leonard M. Shulman – Bar No. 126349
Franklin J. Contreras, Jr. – Bar No. 235932
Elyza P. Eshaghi – Bar No. 293395
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shbllp.com; fcontreras@shbllp.com;
eeshaghi@shbllp.com

JS-6

Counsel for Sam S. Leslie, Chapter 7 Trustee

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re | District Court Case No. |
| **NATIONAL ELECTRIC MANUFACTURING CORPORATION,** | 2:16-cv-04217-RGK |
| | Bankruptcy Court Case No. |
| Debtor. | 2:14-bk-13438-BB |
| | **ORDER OF DISMISSAL** |
| **SAM S. LESLIE, Chapter 7 Trustee for the bankruptcy Estate of NATIONAL ELECTRIC MANUFACTURING CORPORATION,** | |
| Appellant, | |
| v. | |
| **Z-TRONIX, INC. and NATIONAL ELECTRIC USA, LLC** | |
| Appellee. | |

SHULMAN HODGES & BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

4808-000/56 C:\Users\swilliam\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.IE5\47EZCYXZ\Stip Dismiss Order.docx

1  The Court having read and considered the Stipulation to Dismiss Appeal, and
2  finding no objection thereto and good cause appearing,
3  **IT IS HEREBY ORDERED** that the Appeal is Dismissed effective upon the
4  date of entry of this Order.
5  **IT IS SO ORDERED.**

7  Dated: January 12, 2017

_____

R. Gary Klausner
United States District Judge

**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

4808-000/56 C:\Users\swilliam\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.IE5\47EZCYXZ\Stip Dismiss Order.docx